41 A.3d 1285

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Craig D. SAUNDERS, Petitioner.**

**No. 174 EM 2011.**

Supreme Court of Pennsylvania.

April 20, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 20th day of April, 2012, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED.** Petitioner is directed to file his Petition for Allowance of Appeal within 30 days of this order.